UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  9:24-CR-80154

UNITED STATES OF AMERICA,

vs.

DAFUD IZA,

    Defendant.
_____/

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE

The United States of America, by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable advisory guideline range of Defendant Dafud Iza (the "Defendant") pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553.  In support, the Government states as follows:

1. On April 18, 2025, the Defendant pleaded guilty to Count 1 of the Information, major fraud against the United States, in violation of Title 18, United States Code, Section 1031.

2. The Defendant has provided the United States with substantial assistance, which will be described at his sentencing hearing, and includes multiple factual proffers with the government and testimony at the trial of other defendants.

3. As a result of the Defendant's substantial assistance, the United States recommends a fifty percent (50%) reduction in his advisory guideline sentence.

Dated: December 8, 2025                Respectfully submitted,

                                                      JASON A. REDING QUIÑONES
                                                      UNITED STATES ATTORNEY
                                                      SOUTHERN DISTRICT OF FLORIDA

LORINDA LARYEA, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:    /s/ *D. Keith Clouser*
      D. Keith Clouser
      Florida Special Bar No. A5502882
      Trial Attorney

      Jamie de Boer
      Florida Special Bar No. A5502601
      Assistant Chief

      United States Department of Justice
      Criminal Division, Fraud Section
      1400 New York Avenue, NW
      Washington, DC 20005
      Tel.: (202) 256-0867 (Clouser)
      Tel.: (202) 304-6801 (de Boer)
      David.Clouser@usdoj.gov
      Jamie.deBoer@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on December 8, 2025, I served and filed the foregoing document with the Clerk of the Court via ECF.

By: /s/ *D. Keith Clouser*
D. KEITH CLOUSER
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
