UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CASE NO.: 9:24-cr-80154-RLR-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

 DAFUD IZA,

    Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, DAFUD IZA (hereinafter "IZA"), by and through undersigned counsel, and respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for December 11, 2025, and in support thereof states as follows:

1. On April 18, 2025, IZA entered a plea of guilty to major fraud against the United States, in violation of 18 U.S.C. § 1031.

2. A sentencing hearing is currently set December 11, 2025.

3. Undersigned counsel requires additional time to adequately prepare for sentencing, including the development and presentation of mitigation arguments.

4. Further, undersigned counsel anticipates that the sentencing hearing will require approximately two (2) hours to allow for the presentation of legal argument.

5. Undersigned counsel has conferred with the Assistant United States Attorney assigned to this matter, who <u>does not oppose</u> the requested continuance.

WHEREFORE, the Defendant, DAFUD IZA, respectfully requests that this Court continue the sentencing hearing currently set for December 11, 2025, and reschedule it to a date

convenient to the Court in February 2026, and further requests that the Court allot two (2) hours for the sentencing hearing, or such other time as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy on all counsel of record.

Respectfully submitted,

JOFFE LAW, P.A.
Attorney for Defendant
The 110 Tower Building
110 S.E. 6th Street, Suite 1700
Ft. Lauderdale, Florida 33301
Telephone:   (954) 723-0007
Facsimile:   (954) 723-0033

By *David J. Joffe*
DAVID J. JOFFE, ESQUIRE
FLORIDA BAR NO. 0814164